# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0424. LESTER J. SMITH, JR. v. MICHAEL TURNER et al.

Prison inmate Lester J. Smith, Jr. applied to the magistrate court for criminal warrants against two correctional officers who allegedly destroyed his personal property. The magistrate court found insufficient probable cause and dismissed the application. Smith appealed to this Court, but we transferred the case to the superior court, where Smith should have filed his appeal. See A12A0694. The superior court affirmed the magistrate court's ruling. Smith then appealed to the Supreme Court, which transferred the case here. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Moreover, because Smith is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Smith's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/01/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*